# MISSOURI

## CERTIFICATION OF DEATH

**DATE FILED:** JANUARY 14, 2021  **STATE FILE NUMBER:** 124-20-048625

**DECEDENT NAME:** RICHARD WAYNE GARCIA  **SEX:** MALE

**DATE OF DEATH:** DECEMBER 31, 2020  **COUNTY OF DEATH:** GREENE

**DATE OF BIRTH:** ▮▮▮▮ 1965  **MARITAL STATUS:** MARRIED  **EVER IN ARMED FORCES:** NO

**SOCIAL SECURITY NUMBER:** ▮▮▮-2388  **RESIDENCE ADDRESS:** 51 AUTUMN CIRCLE ROGERSVILLE, MISSOURI

**SURVIVING SPOUSE: (IF WIFE, MAIDEN NAME):** ELVA S HENDRICKS

**FUNERAL HOME:** MIDWEST CREMATION AND FUNERAL SERVICES LLC

**UNDERLYING CAUSE (ICD CODE):**  **MANNER:** NATURAL

ACUTE HYPOXEMIC RESPIRATORY FAILURE
COVID-19 PNEUMONITIS
SIG COND: ACUTE KIDNEY INJURY

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES:GREENE

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

**DATE ISSUED:** JANUARY 15, 2021

*Kenneth J. Palermo*
Kenneth J. Palermo
State Registrar

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW. ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

00743045KP